**Dolphus Jack BROWN,
Petitioner-Appellant,**

v.

**W. J. ESTELLE, Director, Texas
Department of Corrections,
Respondent-Appellee.**

No. 75–1271.

United States Court of Appeals,
Fifth Circuit.

Feb. 17, 1976.

Joseph A. Calamia, El Paso, Tex., for
petitioner-appellant.

John Hill, Atty. Gen., John P. Griffin,
Asst. U. S. Atty., Austin, Tex., W. Bar-

**1392**

ton Boling, Asst. Atty. Gen., of Texas, El Paso, Tex., for respondent-appellee.

Before WISDOM, CLARK and RONEY, Circuit Judges.

PER CURIAM:

After full oral argument we have carefully reviewed the briefs and record in this case and have concluded that the denial of the petition for writ of habeas corpus should be affirmed for the reasons set forth in the opinion of the district court. *Brown v. Jones*, 407 F.Supp. 686 (W.D.Tex.1974) (# EP–73–CA–47).

Affirmed.